**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-02901

CHRISTOPHER B. YOUNG,

      Plaintiff,

v.

BALDWIN AVIATION, INC.,
a/k/a BALDWIN AVIATION, LLC,
a/k/a BALDWIN SAFETY AND COMPLIANCE,

      Defendant.

---

### NOTICE OF REMOVAL

---

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

Defendant Baldwin Aviation, Inc. ("Defendant"), by and through its undersigned counsel, respectfully submits this Notice of Removal of this action from the District Court, Boulder County, Colorado, the court in which this case is presently pending as Case No. 2020 CV 258, to the United States District Court for the District of Colorado.  This Notice of Removal is filed under 28 U.S.C. § 1332, 1441 and 1446, as well as D.C.COLO.LCivR 81.1.  As grounds for removal, Defendant states as follows:

**OVERVIEW**

1.    This case is removable because this Court has diversity jurisdiction over this matter. The parties reside in different states and the amount in controversy in this case allegedly exceeds

$75,000. Accordingly, removal is appropriate under 28 U.S.C. § 1332. This removal notice is timely filed under 28 U.S.C. § 1446(b).

2. Plaintiff alleges one claim for relief related to his former employment with Defendant, which is a claim of age discrimination under the Colorado Anti-Discrimination Act.

## SERVICE OF COMPLAINT AND SUMMONS

3. On September 4, 2020, Plaintiff commenced an action in the District Court, Boulder County, Colorado (hereinafter referred to as "the State Court"), entitled *Christopher B. Young v. Baldwin Aviation, Inc., a/k/a Baldwin Aviation LLC, a/k/a Baldwin Safety and Compliance*, Case No. 2020 CV 258 (hereinafter referred to as "the State Action"). A true and correct copy of the Complaint (**Exhibit A**), Summons (**Exhibit B**) and District Court Case Cover Sheet ("Cover Sheet") (**Exhibit C**) are respectively attached hereto.

4. Plaintiff served Defendant with a copy of the Summons, Complaint and Cover Sheet on September 4, 2020. An Affidavit of Service has not been filed with the Boulder District Court.

5. Defendant has not entered its appearance in the State Court. Further, Defendant has not filed or served an answer or responsive pleading to the Complaint in the State Court.

6. 28 U.S.C. § 1332(a) grants original jurisdiction to the United States District Courts for "all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between… (1) citizens of different States."

7. Plaintiff is a citizen of the State of Colorado. **Exhibit A**, State Complaint at ¶ 1.

8. Defendant Baldwin Aviation, Inc. is a South Carolina corporation with its principal place of business in Hilton Heath Island, South Carolina[1]. *Id.* at ¶ 2.

9. Therefore, Defendant Baldwin Aviation, Inc. is not a citizen of the State of Colorado and complete diversity exists between the Plaintiff and Defendant. *Id*. at ¶¶ 1-2.

10. Plaintiff seeks as damages including front pay, lost wages and benefits, unpaid wages, emotional pain, suffering, inconvenience, punitive damages, liquidated damages, and more. **Exhibit A**, Section VI.

11. At this juncture, Plaintiff's back pay claim alone amounts to about 16 months of back pay, or a total of more than $199,000 exclusive of potential bonuses, which were part of Plaintiff's compensation package, as Plaintiff was making $149,800 per year at the time of his separation from employment. **Exhibit E**, Affidavit of Donald E. Baldwin, President of Baldwin Aviation Inc., attached hereto, at ¶ 7. This figure alone, not including all of the other damages Plaintiff is claiming, satisfies the $75,000 amount in controversy.

12. Additionally, though a state court civil cover sheet alone cannot establish the jurisdictional amount required for diversity jurisdiction, the civil cover sheet Plaintiff filed in the State Court indicates he is seeking damages in excess of $100,000, which bolsters the other evidence that the amount in controversy exceeds $75,000. *See Baker v. Sears Holdings Corp.*, 557 F. Supp. 2d 1208, 1215 (D. Colo. 2007) (reliance solely on the civil cover sheet as a demonstration of the amount in controversy is not permissible, but is evidence).

---

[1] Defendant identifies Baldwin Aviation, Inc. as the defendant in this lawsuit, and claims that it is "a/k/a" Baldwin Aviation LLC and Baldwin Safety and Compliance. However, named Defendant Baldwin Aviation, LLC is a Colorado limited liability company, but is not affiliated with Baldwin Aviation, Inc. **Exhibit E**, ¶ 5.

## VENUE

13.     Venue lies in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1391(b) because the State Action was filed in this District and the State Action asserts that the alleged unlawful actions took place in this District.

14.     Defendant has not filed a responsive pleading in the State Action.

15.     No hearings have been set in the State Action. **Exhibit D**, State Court Docket Sheet.

## REMOVAL

16.     Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all parties in this action and will simultaneously file a copy of this Notice of Removal in the District Court, Boulder County.

17.     No motions are pending and no hearings have been set in the State Action.

18.     Defendant submits this Notice of Removal without waiving any defenses to the claim asserted by Plaintiff or conceding that Plaintiff has pled a claim upon which relief can be granted.

19.     In accordance with D.C. COLO.L.CIV. R.81.1, Defendant has attached copies of all State Court pleadings, motions and other papers, including the State Court's current docket sheet, attached hereto as **Exhibits A-D**.

WHEREFORE, Defendant Baldwin Aviation, Inc. respectfully requests that the United States District Court for the District of Colorado accept the removal of this action from the State Court and direct that the District Court for Boulder County have no further jurisdiction on this matter, unless and until this case is remanded.

Respectfully submitted this 24th day of September, 2020.

JACKSON LEWIS P.C.

*s/ Ryan P. Lessmann*
Ryan P. Lessmann
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone:  (303) 892-0404
Facsimile:  (303) 892-5575
Email:  Ryan.Lessmann@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of September, 2020, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served via electronic mail upon the following:

Christopher B. Young, *pro se* Plaintiff
4020 Bimini Court
Boulder, Colorado 80301
Email:  youngemail@hotmail.com

*s/ Faith Poindexter*
for Jackson Lewis P.C.