IN THE STATE OF COLORADO
20th JUDICIAL DISTRICT COURT OF BOULDER COUNTY

DATE FILED: September 4, 2020
CASE NUMBER: 2020CV258

CHRISTOPHER B. YOUNG, )
)
Plaintiff, )
)
vs. )
) Civil Action No. 20CV258
BALDWIN AVIATION INC., )
a/k/a BALDWIN AVIATION LLC, ) Div: 3
a/k/a/BALDWIN SAFETY )
and COMPLIANCE )
)
) JURY TRIAL DEMAND
)
Defendants. )

## COMPLAINT

AND NOW COMES the Plaintiff, Christopher B. Young, *pro se* and brings this action against Defendant, Baldwin Aviation Inc., a/k/a Baldwin Aviation LLC, a/k/a Baldwin Safety and Compliance and in support thereof aver as follows:

### I. Parties

1. Plaintiff, Christopher B. Young, is an adult individual and citizen of the State of Colorado, who resides at 4020 Bimini Court, Boulder, Colorado, 80301.

2. Defendants, Baldwin Aviation Inc., a/k/a Baldwin Aviation LLC, a/k/a Baldwin Safety and Compliance (hereinafter "Baldwin") is an aviation safety programs and support services company that engages in commerce throughout the North America including Canada, United States, the State of Colorado and the County of Boulder. Baldwin provides services to customers in commercial, non-commercial, fixed wing/rotor, and ground operations, including

1

**EXHIBIT A**

medical transport, business aviation, regional airlines, and charters. Baldwin is registered with the Colorado Department of State, with a principal office street address listed as 14445 Grasslands Drive, Englewood, CO 80112. Baldwin also maintains an office located at 11 Palmetto Parkway, Hilton Head Island, South Carolina, 29926.

3. At all times relevant hereto, Baldwin acted and/or failed to act by and through their duly authorized agents, servants, and employees, who conducted themselves within the scope and course of their employment and/or agency with Baldwin.

## II. Jurisdiction

4. The District Court of Boulder County has jurisdiction over this action pursuant to C.R.S. 24-34-306 (11) because the discriminatory conduct of Baldwin occurred in this district.

## III. Administrative Exhaustion

5. Mr. Young has exhausted his administrative remedies and satisfied all procedural and administrative requirements set forth under the Colorado Anti-Discrimination Act, Colo. Rev. Stat. § 24-34-306 *et seq.* in order to file private age discrimination claims in court.

6. Specifically, on November 5, 2019, Mr. Young timely filed a charge of age discrimination against by Baldwin with the Colorado Civil Rights Division which was, under a work sharing agreement with the federal government, cross-filed with the Equal Employment Opportunity Commission (hereinafter the "EEOC")

7. On or about June 10, 2020, the Colorado Civil Rights Division issued a Notice of Right to Sue Letter (hereinafter the "Right to Sue Letter") to Mr. Young. (A true and correct copy the Colorado Civil Rights Division Notice of Right to Sue Letter is attached hereto and incorporated herein by reference as "Exhibit A").

## IV. Factual Background

8. Mr. Young was employed by Baldwin on January 1, 2018, as the Director of Safety Solutions at Baldwin, until his termination on May 11, 2019. On the date of termination by Baldwin, Mr. Young was 50 years old.

9. Mr. Young is a Navy veteran pilot who flew helicopters for the United States Military. Mr. Young earned a Bachelor of Science from Penn State University and thereafter received a Certificate of Management in Aviation Safety from Embry-Riddle Aeronautical University in Daytona Beach, Florida. After performing military service for his country, Mr. Young was employed in the civilian aviation industry.

10. Given his vast aviation experience in the United States Military and civilian aviation industry, along with his educational background and expertise, Mr. Young was hired by Baldwin on January 1, 2018 as Baldwin's Director of Safety Solutions.

11. Mr. Young was immediately given extensive responsibilities in his capacity as Director of Safety Solutions and was charged with serving Baldwin clients/customers in Colorado and other locations throughout the United States and Canada. Mr. Young's responsibilities further increased in 2018 upon the departure of other two senior members at Baldwin.

12. Mr. Young's office was located at 4020 Bimini Court, Boulder, Colorado, 80301. Mr. Young spent approximately 75% of his time working for Baldwin at this location and the other 25% traveling to and from Baldwin customer/client sites throughout the United States in service of Baldwin. As integral part of the 25% travel, Mr. Young was also required by Baldwin to attend industry conferences and seminars as well as otherwise activities in promotion of Baldwin services.

13. During Mr. Young's employment he was routinely given outstanding employment reviews and never received any formal notice that his performance was lacking or in any other way substandard. Rather, on one occasion, Mr. Young was specifically informed by the company's principal officer, Don Baldwin, that he was tapped to be the next CEO at Baldwin Aviation LLC. Additionally, Mr. Young routinely received positive feedback from coworkers and Baldwin clients that he served.

14. In recognition of his excellent work performance, on December 18, 2018, Mr. Young received a discretionary performance bonus for exceeding Baldwin's individual based goals and objectives.

15. Without notice or any forewarning his employment was in any jeopardy, on May 11, 2019, Mr. Young was abruptly terminated from employment.

16. On November 5, 2019, Mr. Young timely filed a charge of age discrimination against by Baldwin with the Colorado Civil Rights Division which was cross-filed with the Equal Employment Opportunity Commission (hereinafter the "EEOC").

17. On June 10, 2020, the Colorado Civil Rights Division issued Mr. Young a Right to Sue Letter (See Exhibit A)

## V. Statement of Claims

**AGE DISCRIMINATION IN VIOLATION OF THE COLORADO ANTI-DISCRIMINATION ACT (CADA) at C.R.S. 24-34-401 *et seq.***

18. Mr. Young realleges and restates the above paragraphs as if fully alleged and set forth herein.

19. Mr. Young is an "employee" as defined at C.R.S. 24-34-401 (2).

20. Baldwin is an "employer" as that term is defined at C.R.S. 24-34-401 (3).

21. Mr. Young suffered an adverse employment action on May 11, 2019, when he was terminated by Baldwin. The termination occurred in Boulder County, Colorado.

22. On the date termination was imposed by Baldwin, Mr. Young was 50 years of age and therefore a member of a protected class (age) under C.R.S. 24-34-401.

23. Mr. Young possesses vast and specialized experience and education in the aviation industry- military and civilian- and therefore is, was and remains qualified for the job from which he was terminated.

24. Despite Mr. Young's education, qualifications and expertise, he suffered an adverse employment action in the form of termination. The circumstances surrounding Mr. Young's termination give rise to an inference of unlawful age discrimination, all of which is in violation of C.R.S. 24-34-402.

## VI. Prayer for Relief

**WHEREFORE**, Plaintiff, Christopher Young prays for judgment against Defendant and that he be granted the following relief:

A. Reinstatement to his former position of employment, or alternatively, front pay in the amount of Mr. Young's future lost wages and benefits;

B. Back pay in the amount of Mr. Young's past lost wages and benefits;

C. Unpaid wages resulting from Defendants' failure to pay Mr. Young's for all compensable hours worked;

D. Compensatory damages in the amount of Mr. Young's out-of-pocket expenses, future pecuniary losses, emotional distress, emotional pain, suffering, inconvenience, mental anguish, lost enjoyment of life, loss of consortium, and harm to reputation;

E. Punitive damages;

F. Liquidated damages;

G. Reasonable attorneys' fees, expenses, expert fees, and costs incurred vindicating his rights;

H. Pre- and post-judgment interest; and

I. Such other legal or equitable relief the Court deems just and appropriate.

## VII. Demand for Jury Trial

Pursuant to Rule 38 of the Colorado Rules of Civil Procedure, Mr. Young hereby demands a trial by jury in this action of all issues so triable.

Respectfully submitted,

_____
Christopher B. Young, Pro Se Plaintiff
4020 Bimini Court
Boulder, Colorado, 80301.
Phone: 303-818-9446
e-mail: youngemail@hotmail.com




Joseph J. Pass
Edward H. Walter
James A. Welker
Joseph Santino Pass*
Steven E. Winslow
Patrick K. Lemon

Ben Paul Jubelirer (1904–1983)
Frank P. G. Intrieri (1942–1976)

*also admitted in Ohio

jsp@jpilaw.com

*of counsel*
Neal R. Cramer
Joseph M. Burns**
** licensed in Illinois

May 27, 2020

Colorado Department of Regulatory Agencies
Division of Civil Rights
1560 Broadway, Suite 825
Denver, CO 80202

Re: Christopher Young v. Baldwin Aviation Inc.  E2000007394

Dear Sir or Madam:

    Please be advised that I represent Christopher Young in the above referenced matter. In this regard, more than 180 days have elapsed since the Charge of Discrimination was filed in the above referenced matter; therefore, the undersigned hereby requests that a Right to Sue letter be issued. I understand that the issuance of said letter will end the Colorado Civil Rights Division and the EEOC's involvement in my case.

    If there is anything additional you may need, please let me know. Thank you for your anticipated cooperation.

Very truly yours,

*Joseph S. Pass*

Joseph S. Pass

cc: Christopher Young (via e-mail only)



219 Fort Pitt Boulevard, Pittsburgh, PA 15222-1576  Ph: 412.281.3850 • Fax: 412.281.1985
facebook.com/jpilaw  www.jpilaw.com



June 10, 2020

Christopher B. Young
4020 Bimini Court
Boulder, CO 80301

RE: Complaint No. E2000007394

Christopher B. Young v. Baldwin Aviation Inc.

## Notice of Right to Sue

Dear Christopher B. Young,

This letter is to inform you that your charge, captioned above, is being dismissed effective the date shown herein for the following reason:

You have requested a Right to Sue letter from the Colorado Civil Rights Division and more than one hundred and eighty days have passed since the filing of your charge.

The Division has granted the right to sue and we are terminating our action on your charge at your request.

If the Charging Party wishes to file a civil action in a district court in this state, which action is based on the alleged discriminatory or unfair practice that was the subject of the charge s/he filed with the Division, s/he must do so: Within ninety days of the date of mailing of this notice.

If the Charging Party does not file an action within the time limits specified above, such action will be barred and no district court shall have jurisdiction to hear such action. C.R.S. 24-34-306 (2)(b)(I)(B&C)

Please be advised that the issuance of a notice of right to sue shall terminate all further processing of any charge by the Division; shall cause jurisdiction to cease; and shall constitute final agency action and exhaustion of administrative remedies and proceedings pursuant to Part 3 of Article 34 of Title 24, C.R.S.

Neither the Division nor the Commission will provide assistance in assessing the claim or providing legal assistance in the filing or framing of any legal action.

If you have any questions regarding this decision, feel free to contact this office at (303) 894-2997.

Sincerely,

*Aubrey Elenis*

Aubrey L. Elenis, Esq.
Director, Colorado Civil Rights Division

1560 Broadway, Suite 825, Denver, CO 80202    P 303.894.2997  1-800.866.7675   www.colorado.gov/dora






Joseph J. Pass
Edward H. Walter
James A. Welker
Joseph Santino Pass*
Steven E. Winslow
Patrick K. Lemon

*also admitted in Ohio

*of counsel*
Neal R. Cramer
Joseph M. Burns**
** licensed in Illinois

Ben Paul Jubelirer (1904–1983)
Frank P. G. Intrieri (1942–1976)

jsp@jpilaw.com

May 27, 2020

Equal Employment Opportunity Commission
Denver District EEOC Office
303 E. 17th Avenue
Suite 410
Denver, Colorado 80203

Re: Christopher Young v. Baldwin Aviation Inc. EEOC Charge 32A-2020-00096

Dear Sir or Madam:

Please be advised that I represent Christopher Young in the above referenced matter. In this regard, more than 180 days have elapsed since the Charge of Discrimination was filed in the above referenced matter; therefore, the undersigned hereby requests that a Right to Sue letter be issued. I understand that the issuance of said letter will end the Colorado Civil Rights Division and the EEOC's involvement in my case.

If there is anything additional you may need, please let me know. Thank you for your anticipated cooperation.

Very truly yours,

*Joseph S. Pass*

Joseph S. Pass

Cc: Christopher Young (via e-mail only)



# CERTIFICATE OF E-MAILING

This is to certify that on **June 10, 2020** a true and exact copy of the Closing Action of the below-referenced charge was e-mailed addressed to the parties and/or representatives listed below.

CCRD Case Number:
**E2000007394**

cbyoung.email@gmail.com

jsp@jpilaw.com

dbaldwin@baldwinaviation.com

cmartens@kimandlahey.com



**COLORADO**
Department of
Regulatory Agencies
Colorado Civil Rights Division

David L. Martinez
**Division of Civil Rights**
1560 Broadway, Suite 825
Denver, CO 80202
www.dora.state.co.us
david.l.martinez@state.co.us