IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02901-MEH

CHRISTOPHER B. YOUNG,

    Plaintiff,

v.

BALDWIN AVIATION, INC.,
a/k/a BALDWIN AVIATION, LLC,
a/k/a BALDWIN SAFETY AND COMPLIANCE,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed December 14, 2020; ECF 15].  Pursuant to Rule 41(a)(1)(A)(ii), an action may be dismissed without a court order by filing "a stipulation of dismissal signed by all parties who have appeared."  In this case, the Joint Stipulation is signed by both parties.  Therefore, this case was voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs, on the filing of the Joint Stipulation.  No order of dismissal is necessary.

    Dated and entered at Denver, Colorado, this 14th day of December, 2020.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge